UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                      CASE NO. 07 B 19371
  CAROLYN FORT

                                            CHAPTER 13

                                            JUDGE: JACQUELINE P COX

        Debtor
  SSN XXX-XX-0189

--------------------------------------------------------------------------------
                    TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------------
  The case was filed on 10/19/2007 and was not confirmed.

  The case was dismissed without confirmation 12/10/2007.
--------------------------------------------------------------------------------

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| RESCAP MORTGAGE | CURRENT MORTG | .00 | .00 | .00 |
| RESCAP MORTGAGE | SECURED NOT I | 5080.65 | .00 | .00 |
| WELLS FARGO | CURRENT MORTG | .00 | .00 | .00 |
| WELLS FARGO | SECURED NOT I | 25165.97 | .00 | .00 |
| RESURGENT CAPITAL SERVIC | UNSECURED | 1091.02 | .00 | .00 |
| PRO SE DEBTOR | DEBTOR ATTY | .00 | | .00 |
| TOM VAUGHN | TRUSTEE | | | .00 |
| DEBTOR REFUND | REFUND | | | .00 |

            Summary of Receipts and Disbursements:
--------------------------------------------------------------------------------

|  | RECEIPTS | DISBURSEMENTS |
|---|---|---|
| TRUSTEE | .00 | |
| PRIORITY | | .00 |
| SECURED | | .00 |
| UNSECURED | | .00 |
| ADMINISTRATIVE | | .00 |
| TRUSTEE COMPENSATION | | .00 |
| DEBTOR REFUND | | .00 |
| TOTALS | .00 | .00 |

  Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


                              /s/ Tom Vaughn
  Dated: 03/26/08        _____

                              TOM VAUGHN
                              CHAPTER 13 TRUSTEE